AUSA: Sean King Telephone: (313) 226-9100
AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Matthew Hughes Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
v.

Ian Thomas Ormanian

Case No.
Case: 2:24-mj-30446
Assigned To : Unassigned
Assign. Date : 10/17/2024
Description: CMP USA V. ORMANIAN (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **August 6, 2023 - October 16, 2024** in the county of **Wayne** in the **Eastern** District of **Michigan**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Distribution of child pornography. |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of child pornography. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Matthew Hughes, Special Agent-FBI
Printed name and title

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: 10/17/2024

_____
Judge's signature

City and state: Detroit, Michigan

Hon. Bernard A. Friedman, United States District Judge
Printed name and title
acting as a M.J.

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2251, 2252A, 2422(b) and 2261A(2)(B). I am authorized by law to request an arrest warrant.

3. This affidavit is submitted in support of an application for a criminal complaint and arrest warrant for Ian Thomas Ormanian for violations of 18 U.S.C.

1

§§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. law enforcement officers, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents, information gathered from investigative sources of information, and my experience, training, and background as a Special Agent.

5. This affidavit is submitted for the limited purpose of securing a complaint and an arrest warrant. I have not included every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Ormanian has violated the above statute.

## PROBABLE CAUSE

6. On or about October 16, 2024, the FBI received three CyberTips from the National Center of Missing and Exploited Children (NCMEC) indicating that a Kik user was distributing child pornography using an IP address ending in 144 (IP Address 144) across three separate time periods.

7. The first CyberTip from Kik, dated September 11, 2023, reported that username "tryinagain13" with email address "letitbeyou***@gmail.com" had uploaded approximately 26 images and videos of child pornography to Kik while

2

signed into IP address 144 multiple times between August 6, 2023, and September 10, 2023.

8. The second CyberTip from Kik, dated September 26, 2024, reported that username "Soyeahno1" with email address "thisisthis****@yahoo.com" had uploaded approximately 46 images and videos of child pornography to Kik while signed into the same IP address 144 multiple times between September 23, 2024, and September 26, 2024.

9. The third CyberTip from Kik, dated October 8, 2024, reported that username "betterthanthiss" with email address "thisisthis****@yahoo.com" had uploaded approximately 41 images and videos of child pornography to Kik while signed into the same IP address 144 multiple times between October 6, 2024, and October 7, 2024.

10. On October 16, 2024, I reviewed the images and videos submitted by Kik to NCMEC for all three tips and confirmed that they meet the federal definition of child pornography. Three of the videos are described below:

- First Cybertip: A video depicting a prepubescent girl performing oral sex on an adult man while the man inserts a sex toy in the girl's vagina.

- Second Cybertip: A video depicting an adult woman performing oral sex on a prepubescent girl.

3

- Third Cybertip: A video depicting a prepubescent girl being vaginally penetrated by the penis of an adult man.

11. Based on my training and experience, it is common for social media providers like Kik to deactivate or otherwise prevent users from continuing to access accounts that have been identified as being involved with child sexual abuse materials or child pornography. It is also common that individuals whose accounts have been deactivated for these reasons will create new accounts on the same social media platforms in order to continue engaging with and trafficking in child sexual abuse materials or child pornography. These new accounts can often still be linked by common IP addresses used to access the accounts, even if the accounts are created with different usernames or email addresses, such as the case here.

12. A search of law enforcement databases for IP address 144 yielded search results in a different online chat platform. Using this other chat platform, over the course of several months between August 2023 and April 2024, the user "TryinAgain" with IP address 144 searched several times for terms such as "#incest" and "#teens."

13. Based on open source, law enforcement sensitive databases, and an administrative subpoena, FBI personnel tied IP address 144 to a residence in Inkster, Michigan, in the Eastern District of Michigan and identified Ormanian as a listed resident.

4

14. An open-source search identified Ormanian as a registered sex offender in the state of Michigan. Ormanian was convicted in 2006 under Mich. Comp. Law § 750.145 for use of the internet to communicate with another to commit a crime.

15. On October 17, 2024, FBI Detroit executed a federal search warrant for the Inkster residence. Ormanian was present during the search. Ormanian was advised of his rights and initially waived them and agreed to speak with investigators. Ormanian stated that he used a Google Pixel phone that was located in the bedroom of the house. Ormanian stated he had used Kik on multiple occasions as recently as "a few days ago." Ormanian also provided his email address as letitbeyou***@gmail.com, matching the NCMEC tip.

16. Agents located the Google Pixel phone and an individual known to law enforcement provided the passcode for the phone. Agents conducted an initial review on scene and observed that the Google account "letitbeyou***@gmail.com" was logged into the phone. A review of emails loaded on the device identified a request to join Kik group chat "dirty talk."

17. The chat platform Session was also downloaded onto the phone and a chat thread between Ormanian and another user was identified. In this thread, Ormanian was asked "wats yngest u been wuth" and Ormanian responded "13" and stated it was a minor associated with his neighborhood. Ormanian was also asked to show what he likes and Ormanian responded by sending an image of two partially nude minor females.

## CONCLUSION

18. Based on the foregoing, there is probable cause to believe that Ian Thomas Ormanian violated 18 U.S.C. §§ 2252A(a)(2) (distribution of child pornography) and 2252A(a)(5)(B) (possession of child pornography).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
HON. BERNARD A. FRIEDMAN
UNITED STATES DISTRICT JUDGE

Date: 10/17/24